Paul G. Johnson – 10309
pjohnson@jsslaw.com
Jeffrey D. Gardner – 021783
jgardner@jsslaw.com
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
One East Washington Street, Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911

Henry A. King
hking@kingjurgens.com
Robert J. Burvant
rburvant@kingjurgens.com
Michael L. Vincenzo
mvincenzo@kingjurgens.com
*Admitted Pro Hac Vice*
KING & JURGENS, L.L.C.
201 St. Charles Ave., Suite 4500
New Orleans, LA 70170
Telephone: (504) 582-3810

Attorneys for PHI Air Medical, L.L.C.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Christina C. Wray, on behalf of herself and all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PHI Air Medical, L.L.C., a Louisiana limited liability company,<br><br>Defendant. | No. 2:18-cv-00432-SRB<br><br>**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND REQUEST FOR SIXTY(60) DAYS TO COMPLETE SETTLEMENT** |

The Parties hereby inform the Court that they have reached a settlement in principle, subject to documentation. Based on the foregoing, the Parties jointly request that the Court allow the Parties sixty (60) days to complete the settlement documentation before the Court takes further action in the above-captioned matter.

Dated: December 12, 2019

**JENNINGS, STROUSS & SALMON, P.L.C.**

By  s/ Paul G. Johnson
    Paul G. Johnson
    Jeffrey D. Gardner
    One East Washington Street, Suite 1900
    Phoenix, Arizona  85004-2554
    Attorneys for Defendant

**KING & JURGENS, L.L.C.**

By: s/ Henry A. King  (w/permission)
    Henry A. King
    Robert J. Burvant
    Michael L. Vincenzo
    201 St. Charles Ave., Suite 4500
    New Orleans, Louisiana 70170
    Attorneys for Defendant

**EDWARD LESLIE WHITE  PC**

By  s/ Edward L. White (by permission)
    Edward Leslie White
    829 E. 33rd St.
    Edmond, OK  73013
    Attorney for Plaintiff Wray

**LEWIS ROCA ROTHGERBER CHRISTIE, L.L.P.**
Jared L. Sutton
Steven J. Hulsman
Jared L. Sutton
201 East Washington St., Suite 1200
Phoenix, AZ 85004-2595
*Attorneys for Plaintiff Wray*

## CERTIFICATE OF SERVICE

☒   I hereby certify that December 12, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Steven J. Hulsman
>shulsman@lrrc.com
>Jared L. Sutton
>jsutton@lrrc.com
>Lewis Roca Rothgerber Christie, LLC
>201 E. Washington Street, Suite 1200
>Phoenix, Arizona 85004
>*Attorneys for Plaintiff Christina C. Wray*
>
>Edward Leslie White
>ed@edwhitelaw.com
>*Admitted Pro Hac Vice*
>Edward Leslie White PC
>829 E. 33rd St.
>Edmond, OK  73013
>*Attorney for Plaintiff Christina C. Wray*

☐   I hereby certify that on _____, 2019, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

                                                s/ Stephanie S. Wolf