# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christina C. Wray,<br><br>        Plaintiff,<br><br>v.<br><br>PHI Air Medical LLC,<br><br>        Defendant. | No. CV-18-00432-PHX-SRB<br><br>**ORDER** |

Defendant having filed a Notice of Settlement (Doc. 138);

IT IS ORDERED that this matter will be dismissed with prejudice within 60 days of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

IT IS FURTHER ORDERED denying as moot Plaintiff's Motion to Retain Jurisdiction. (Doc. 133)

Dated this 16th day of December, 2019.

_____
Susan R. Bolton
United States District Judge